Order entered December 3, 2013



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00765-CV

## KINGVISION PAY-PER-VIEW, LTD, GARDEN BOXING CLUB, INC., AND ENTERTAINMENT BY J&J, INC., Appellants

### V.

## DALLAS COUNTY, TEXAS, Appellee

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 07-11471-F**

## ORDER

Appellants' motion to file post-submission letter brief filed on November 27, 2013 is

**GRANTED**. The letter brief submitted with the motion is deemed filed as of today's date.

/s/      ELIZABETH LANG-MIERS
PRESIDING JUSTICE